HOLLAND *vs.* WITHERS.

HOMESTEAD FROM FULTON. Bankruptcy. (Before Judge Hammond.)

Jackson, C. J.—Although the head of a family has previously had an exemption by the bankrupt court up to the full value permitted by the constitution of 1868, he can nevertheless have a homestead and exemption of personalty set apart for his family by virtue of the constitution of 1877.    59 Ga.,330 ; 67 Id., 68 ; 70 Id., 484; 72 Id., 713.

(a) Exemptions in bankruptcy and under State laws contrasted. Judgment affirmed.

Milledge & Smith ; Reed & Reinhardt, for plaintiff in error.

B. F. Abbott; L. J. Winn, for defendant.